IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC ZALL,

    Plaintiff,

    v.

STANDARD INSURANCE COMPANY,

    Defendant.

Case No. 21-cv-19-slc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Standard Insurance Company against plaintiff Eric Zall dismissing this case.

| s/ K. Frederickson, Deputy Clerk | December 27, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |