UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ERIC S. ZALL,**

        Plaintiff,

                      Case No.: 3:21-cv-00019-slc

vs.

**STANDARD INSURANCE COMPANY,**

        Defendant.

---

## NOTICE OF APPEAL

---

Please take notice that Plaintiff, Eric S. Zall ("Dr. Zall"), hereby appeals to the Untied States Court of Appeals for the Seventh Circuit the District Court's Judgment entered in the above-captioned case on December 27, 2021 (Dkt. 25), its order granting Standard Insurance Company's Motion for Summary Judgment (Dkt. 24).

Dated: this 20th day of January, 2022

                                        **HAWKS QUINDEL, S.C.**
                                        *Attorneys for Plaintiff, Eric S. Zall*

                                        By: */s/ William E. Parsons*
                                        William E. Parsons, State Bar No. 1048594
                                        Email: wparsons@hq-law.com
                                        Jessa L. Victor, State Bar No. 1099144
                                        Email: jvictor@hq-law.com
                                        409 East Main Street
                                        Post Office Box 2155
                                        Madison, Wisconsin 53701-2155
                                        Telephone: 608/257-0040
                                        Facsimile: 608/256-0236